United States Bankruptcy Court
Middle District of Florida

In re:
Brandon Siler
Debtor

Case No. 16-08131-CCJ
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 113A-6 User: hmary Page 1 of 2 Date Rcvd: Mar 21, 2017
Form ID: B18 Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2017.

| | |
|---|---|
| db | +Brandon Siler, 2234 Rickover Place, Winter Garden, FL 34787-5485 |
| 26654369 | +Brnswck Brd, Po Box 94498, Las Vegas, NV 89193-4498 |
| 26654370 | +Bronson’s Landing HOA, 882 Jackson Ave., Winter Park, FL 32789-4667 |
| 26654372 | +Conserve, 200 Cross Keys Office Pa, Fairport, NY 14450-3510 |
| 26654373 | +Dr. Michael Jaffee MD, UF Health Neurology Med Plaz, 2000 SW Archer Rd., 3rd Floor, Gainesville, FL 32608-1136 |
| 26654374 | +Fifth Third Bank, 5050 Kingsley Dr, Cincinnati, OH 45227-1115 |
| 26654375 | +First Federal Credit C, 24700 Chagrin Blvd, Cleveland, OH 44122-5662 |
| 26654376 | +Nissan Motor Acceptanc, Po Box 660360, Dallas, TX 75266-0360 |
| 26654377 | +Rbc Bank Usa, Pob 500, Rocky Mount, NC 27802-0500 |
| 26654379 | +Russel M Bauer PHD, 1600 South West Archer Road, Gainesville, FL 32610-3003 |
| 26654380 | +Shutts & Bowen LLP, 200 East Broward Blvd., Suite 2100, Fort Lauderdale, FL 33301-1972 |
| 26654386 | +UF Health Shands Hospital, 1515 SW Archer Rd., Gainesville, FL 32608-1134 |
| 26654385 | +Ubs Bank Usa, 299 S Main St, Salt Lake City, UT 84111-2370 |
| 26654390 | Wells Fargo Auto Finan, Mac 4031-080, Phoenix, AZ 85038 |

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

| | |
|---|---|
| tr | EDI: QRETHOMAS.COM Mar 22 2017 00:33:00 Robert E Thomas, Post Office Box 5075, Winter Park, FL 32793-5075 |
| 26654368 | EDI: BANKAMER.COM Mar 22 2017 00:33:00 Bk Of Amer, Po Box 982238, El Paso, TX 79998 |
| 26654367 | +E-mail/Text: legal-compliance@directbuy.com Mar 22 2017 00:37:09 Beta Finance, 8450 S Broadway, Merrillville, IN 46410-6221 |
| 26654371 | +EDI: CAPITALONE.COM Mar 22 2017 00:33:00 Capital One, 90 Christiana Rd, New Castle, DE 19720-3118 |
| 26654365 | EDI: FLDEPREV.COM Mar 22 2017 00:33:00 Florida Department of Revenue, Bankruptcy Unit, Post Office Box 6668, Tallahassee FL 32314-6668 |
| 26654366 | EDI: IRS.COM Mar 22 2017 00:33:00 Internal Revenue Service, Post Office Box 7346, Philadelphia PA 19101-7346 |
| 26654364 | +E-mail/Text: Bankruptcy@octaxcol.com Mar 22 2017 00:37:21 Orange County Tax Collector, PO Box 545100, Orlando FL 32854-5100 |
| 26654378 | +E-mail/Text: newbk@Regions.com Mar 22 2017 00:38:15 Regions Bank, Po Box 11007, Birmingham, AL 35288-0001 |
| 26654381 | EDI: CALTAX.COM Mar 22 2017 00:33:00 State of California, PO Box 972840, Sacramento, CA 94240-0001 |
| 26654382 | +EDI: CALTAX.COM Mar 22 2017 00:33:00 State of California, PO Box 942867, Sacramento, CA 94267-0001 |
| 26654383 | +EDI: STF1.COM Mar 22 2017 00:33:00 Suntrust Bk Central Fl, Po Box 4986, Orlando, FL 32802-4986 |
| 26654384 | +EDI: STF1.COM Mar 22 2017 00:33:00 Suntrust Bk Nashville, 201 4th Ave N, Nashville, TN 37219-2011 |
| 26654387 | +E-mail/Text: bknotices@usecu.org Mar 22 2017 00:37:08 Use Credit Union, 10120 Pacific Heights Bl, San Diego, CA 92121-4205 |
| 26654388 | +EDI: WACHOVIA.COM Mar 22 2017 00:33:00 Wachrl, Pob 3117, Winston Salem, NC 27102-3117 |
| 26654389 | +EDI: WFFC.COM Mar 22 2017 00:33:00 Wells Fargo, Po Box 14517, Des Moines, IA 50306-3517 |
| 26654391 | +EDI: WFFC.COM Mar 22 2017 00:33:00 Wells Fargo Bank Nv Na, Po Box 94435, Albuquerque, NM 87199-4435 |
| 26654392 | EDI: WFFC.COM Mar 22 2017 00:33:00 Wffnb Retail, Cscl Dispute Team, Des Moines, IA 50306 |

TOTAL: 17

***** BYPASSED RECIPIENTS *****

NONE. TOTAL: 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary’s privacy policies.**

Date: Mar 23, 2017 Signature: /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2017 at the address(es) listed below:

Charles W Price on behalf of Debtor Brandon Siler cprice1997@aol.com, bestcase.price@gmail.com;paralegal.bankruptcy@gmail.com
Robert E Thomas rthomastrustee@gmail.com, rthomas@ecf.epiqsystems.com
United States Trustee - ORL7/13 USTP.Region21.OR.ECF@usdoj.gov

TOTAL: 3

**Form B18 (Official Form 18)(12/07)**

# United States Bankruptcy Court

Middle District of Florida

**Case No. 6:16−bk−08131−CCJ**

**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Brandon Siler
aka Brandon T Siler, aka Brandon Tyrell
Siler
2234 Rickover Place
Winter Garden, FL 34787

Social Security No.:
xxx−xx−6424

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).



Dated: March 21, 2017

Cynthia C. Jackson
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18 continued (12/07)

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7 , the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**